```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FCS ADVISORS, LLC,

                          Plaintiff,                          23-CV-7341 (ALC) (KHP)

      -against-                                                 ORDER

ISLAND FABRICATION LLC, et al.,

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On May 6, 2024, the parties appeared for a case management conference. As discussed at the conference, all discovery deadlines are stayed for 45 days, until **Wednesday, June 19, 2024**. Any substitute counsel for Defendants should make an appearance on the record by that date, or the corporate Defendant entities (Island Fabrication LLC and NCI Holdings) may be subject to a default judgment. The parties are directed to file a joint status letter with the court by **Wednesday, June 19, 2024**, indicating whether they would like to schedule a settlement conference before the undersigned. **The Clerk of the Court is respectfully directed to mail a copy of this order to** *pro se* **Defendant Kent Schluter, 113 Lake Street South, Apt B, Kirkland, Washington 98033. The Clerk of the Court is also directed to update the Defendant's address as it appears on the docket to reflect the above address.**

      SO ORDERED.

DATED:      New York, New York
                 May 6, 2024

                                                  *Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge