LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
600 OLD COUNTRY RD. SUIT
GARDEN CITY, NY 11530
T (212)500-3273
F (855)696-6848

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2024
```

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+

June 18, 2024

*Via ECF*
Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. The parties are directed to file a joint status letter by July 3, 2024.

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

06/20/2024

RE:   *FCS Advisors, LLC v. Island Fabrication, LLC et al.*
      Case No.: 1:23-cv-07341-ALC-KHP

Dear Judge Parker,

    The undersigned has been retained by Defendants Island Fabrication, LLC, NCI Holdings, LLC, and Ken Schluter to represent them in the above-captioned matter. The Court has requested that the parties file a status update on or before June 19, 2024.

    Having been recently retained, we will require some additional time to familiarize ourselves with the facts and procedural posture of the case, as well as formulate a plan forward. We have also not had the opportunity yet for meaningful dialogue with Opposing Counsel.

    <u>To that end, then, we request an additional (2) two weeks, until July 3, 2024, to file our joint status letter. We have consulted with Plaintiff counsel and have his consent to this request.</u>

    There have been no prior extensions granted to this request.

Truly Yours,
*/s/ Michael Leinoff*
Michael Leinoff, Esq.

CC: Michael Todd Parker
Parker Pohl LLP
99 Park Avenue, Ste 1510
New York, NY 10016
212-203-8915
Email: todd.parker@parkerpohl.com
***Via ECF***