UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,

                              *Plaintiff*,              1:23-cv-07341 (ALC)

      -against-                        **CONFERENCE ORDER**

ISLAND FABRICATION LLC, NCI HOLDINGS, LLC, AND KENT SCHLUTER,

                            *Defendants*.
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on August 21, 2024 at 3:30 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: August 21, 2024**
      **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**