UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,<br><br>        *Plaintiff*,<br><br> -against-<br><br>ISLAND FABRICATION LLC, NCI HOLDINGS, LLC, AND KENT SCHLUTER,<br><br>        *Defendants*. | 1:23-cv-07341 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  Plaintiff's motion to seal certain exhibits filed in Plaintiff's Reply in Support of Plaintiff's Motion for Attachment of Defendants' Assets in this action is **GRANTED**. The Clerk of Court is directed to seal the exhibits at ECF No. 62 and terminate ECF Nos. 61 and 62.

**SO ORDERED.**

Dated: August 23, 2024
   New York, NY

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**

1