UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,

                       *Plaintiff*,      1:23-cv-07341 (ALC) (KHP)

      -against-      **CONFERENCE ORDER**

ISLAND FABRICATION LLC, NCI HOLDINGS, LLC,
AND KENT SCHLUTER,

                      *Defendants*.
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic conference in this action on Tuesday, September 10, 2024 at 11:00 AM Eastern Time to discuss the status of the case. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: September 3, 2024**
       **New York, New York**                                **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**