UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,

                           *Plaintiff*,                  1:23-cv-07341 (ALC) (KHP)

        -against-                        **ORDER OF ADJOURNMENT**

ISLAND FABRICATION LLC, NCI HOLDINGS, LLC,
AND KENT SCHLUTER,

                           *Defendants*.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone conference previously scheduled for September 10, 2024 is ADJOURNED without a date. The parties are directed to file a joint status report with proposed dates for a telephone conference that work for counsel by September 13, 2024.

**SO ORDERED.**

**Dated: September 9, 2024**
      New York, New York                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**