UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,

                             *Plaintiff*,

             -against-

ISLAND FABRICATION LLC, NCI HOLDINGS, LLC,
AND KENT SCHLUTER,

                            *Defendants*.
------------------------------------------------------------------ x

1:23-cv-07341 (ALC) (KHP)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic conference in this action on Wednesday, October 9, 2024 at 2:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: September 18, 2024**
       **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**