UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,

                               *Plaintiff*,                   1:23-cv-07341 (ALC) (KHP)

          -against-                                 **CONFERENCE ORDER**

ISLAND FABRICATION LLC, NCI HOLDINGS, LLC,
AND KENT SCHLUTER,

                              *Defendants*.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this action on Wednesday, October 9, 2024 at 4:30 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: October 9, 2024**
       New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**