```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FCS ADVISORS, LLC,

                Plaintiff,

-against-

ISLAND FABRICATION LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

23-CV-7341 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    **By February 28, 2025**, the parties shall file a joint status letter, updating the Court on any case developments and the status of any settlement negotiations.

    SO ORDERED.

DATED:    New York, New York
               February 12, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge