UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
FCS ADVISORS, LLC D/B/A BREVET CAPITAL ADVISORS,

                      *Plaintiff*,

          -against-

ISLAND FABRICATION LLC, NCI HOLDINGS, LLC,
AND KENT SCHLUTER,

                      *Defendants*.
------------------------------------------------------------------ x

1:23-cv-07341 (ALC) (KHP)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      In follow-up from yesterday afternoon's telephonic conference, the Court advises the Parties to file a joint status report by June 3, 2025. The joint status report should confirm whether discovery is complete and propose a briefing schedule for summary judgement.

**SO ORDERED.**

Dated: April 17, 2025
      New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**