UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
FCS ADVISORS, LLC,                               :
                         *Plaintiff*,   :
:    1:23-cv-07341 (ALC)
        -against-                              :
:    **ORDER OF DISCONTINUANCE**
ISLAND FABRICATION LLC, et al,           :
:
                       *Defendants*.   :
:
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. In light of the above, the letter motion at Dkt. No. 74 is DENIED as moot. The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 74. All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:   June 4, 2025**

      New York, NY                                   **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**