**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FCS ADVISORS, LLC,

                                        Plaintiff,

                        -against-

ISLAND FABRICATION LLC, et al.,

                                        Defendants.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:   06/05/2025**

**23-CV-7341 (ALC) (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        In light of the Order of Discontinuance filed on June 4, 2025 (doc. no 84) the Case

Management Conference currently scheduled for **June 17, 2025** is hereby adjourned *sine die*.

                        **SO ORDERED.**

DATED:        New York, New York
                June 5, 2025

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge